U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 0 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DEANNA TYLER | * | CIVIL ACTION NO. 2:16-CV-446 |
| v. | * | JUDGE JAMES T. TRIMBLE, JR. |
| BROOKSHIRE BROTHERS, LTD | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 24) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion for summary judgment is **GRANTED**, and that the above captioned matter is **DISMISSED WITH PREJUDICE** at plaintiff's cost.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 20 day of September, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE